## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION., <br>            Plaintiff, <br><br> v. <br><br> MARICOPA COUNTY, <br><br>            Defendant. | )    **JUDGMENT IN A CIVIL CASE** <br> ) <br> )    CIV -02-1874-PHX-PGR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_    **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's order dated January 7, 2005, granting defendant's motion for summary judgment; judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed.

RICHARD H. WEARE
District Court
Executive/Clerk

January 7, 2005

By: _[signature]_
Deputy Clerk

cc: (all counsel/jgmdrw)