# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Equal Employment Opportunity Commission, | ) ) ) | **JUDGMENT** |
| Plaintiff, | ) ) | CV 02-1874-PHX-PGR |
| v. | ) ) | |
| Maricopa County, | ) ) | |
| Defendant. | ) | |

___  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order dated December 16, 2009, EEOC shall be awarded costs in the amount of $525.90 and Defendant shall be awarded costs in the amount of $3,335.83.

RICHARD H. WEARE
District Court Executive/Clerk

December 16, 2009

s/  S. Turner
By: Deputy Clerk

cc: (all counsel)